UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY J. HANNA, <br>     Plaintiff, <br>     v. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br>     Defendant. | CIVIL NO. EDCV 16-218-FMO-SP <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND NINE HUNDRED and FIFTY-ONE DOLLARS ($3,951.00) as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: October 16, 2017      _____
                                          SHERI PYM
                                          UNITED STATES MAGISTRATE JUDGE